IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-875-LPS |
| SAWAI USA, INC. and SAWAI PHARMACEUTICAL CO., LTD., | ) ) ) ) | |
| Defendants. | ) ) | |

## **NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of defendants Sawai USA, Inc., and Sawai Pharmaceutical Co., Ltd. in the above referenced matter.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

Attorneys for Defendants

Dated: August 2, 2017

SO ORDERED, this _____ day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE